1  **RICHARD A. BESHWATE, JR.   SBN 179782**
   ATTORNEY AT LAW
2  2020 TULARE STREET SUITE A
   FRESNO, CALIFORNIA 93721
3  TELEPHONE: (559) 266-5000

Attorney for Defendant, JEFFREY STUBBLEFIELD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case:1:18-cr-00032 LJO-SKO |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO CONTINUE HEARING** |
| JEFFREY STUBBLEFIELD., | |
| Defendant. | DATE: June 4, 2018<br>TIME: 1:00 PM<br>JUDGE: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR., attorney for Defendant, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for June 4, 2018, shall be continued to JULY 16, 2018, at 1:00 p.m.

This continuance is necessary because defense counsel has requested but not received additional discovery. The continuance will also allow further attempts to negotiate a resolution in this matter.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act. The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv). The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A).

DATED: May 29, 2018

Respectfully submitted,
/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, J. Stubblefield

DATED: May 29, 2018

Respectfully submitted,
/S/Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: **May 31, 2018**          /s/ *Sheila K. Oberto*
              UNITED STATES MAGISTRATE JUDGE