**RICHARD A. BESHWATE, JR.   SBN 179782**
ATTORNEY AT LAW
1330 L STREET  SUITE D
FRESNO, CALIFORNIA 93721
TELEPHONE: (559) 266-5000

Attorney for Defendant, JEFFREY STUBBLEFIELD.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

JEFFREY STUBBLEFIELD.,

      Defendant.

) **Case:1:18-cr-00032 LJO-SKO**
)
)
)
) **STIPULATION AND ORDER**
) **TO CONTINUE HEARING**
)
) DATE:   April 8, 2019
) TIME:   8:30 am
) JUDGE: Hon. Lawrence J. O'Neill
)
)

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel RICHARD A. BESHWATE, JR., attorney for Defendant, and KIMBERLY SANCHEZ, Assistant U.S. Attorney for Plaintiff, that the hearing currently scheduled for April 8, 2019, shall be continued to APRIL 29, 2019, at 10:00 a.m.

        This continuance is necessary because defense counsel needs additional time to prepare the sentencing memorandum as well as prepare other issues attendant to sentencing. Assistant United States Attorney Kimberly Sanchez has no objection to the continuance.

The parties stipulate that the time until the next hearing should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. §3161(h)(7)(B)(iv).  The parties stipulate and agree that the interests of justice are served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161(h)(7)(A).


DATED: April 2, 2019

Respectfully submitted,
/S/ Richard A. Beshwate, Jr.
RICHARD A. BESHWATE, JR.
Attorney for Defendant, J. Stubblefield


DATED:  April 2, 2019

Respectfully submitted,
/S/Kimberly Sanchez
KIMBERLY SANCHEZ, Assistant U.S. Attorney


## ORDER

The date set for hearing on April 8, 2019, shall be

heard on APRIL 29, 2019 at 10:00 a.m.


IT IS SO ORDERED.

Dated:   **April 2, 2019**                    **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE